YVETTE WEINSTEIN, TRUSTEE
6450 SPRING MOUNTAIN RD., #14
LAS VEGAS, NV  89146
(702) 364-8919
Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In re: AUSCHWITZ, JAMES THOMAS             Case No.  14-14455
AUSCHWITZ, ANTONY ANNIE

                                                           Chapter   7
_____ ,
Debtors

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under Chapter 7 of the United States Bankruptcy Code was filed on June 27, 2014.  The undersigned trustee was appointed on January 29, 2015.

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554.  An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4.  The trustee realized the gross receipts of            $                 900.00

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 0.00 |
| Bank service fees | 10.00 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |

Leaving a balance on hand of[1]            $                 890.00

The remaining funds are available for distribution.

5.  Attached as **Exhibit B**  is a cash receipts and disbursements record for each estate bank account.

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6.  The deadline for filing  non-governmental claims in this case was 10/28/2014 and the deadline for filing governmental claims was 12/24/2014.  All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $225.00.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $225.00, for a total compensation of $225.00.[2]  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $31.45, for total expenses of $31.45.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: _04/14/2015_____    By:_/s/YVETTE WEINSTEIN, TRUSTEE_____
                                                 Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 14-14455

**Case Name:** AUSCHWITZ, JAMES THOMAS
AUSCHWITZ, ANTONY ANNIE

**Period Ending:** 04/14/15

**Trustee:**    (480160)    YVETTE WEINSTEIN, TRUSTEE

**Filed (f) or Converted (c):** 06/27/14 (f)

**§341(a) Meeting Date:**

**Claims Bar Date:**    10/28/14

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | US Bank Checkings Account xxx4770 PO Box 1800 Sa | 381.29 | 0.00 | | 0.00 | FA |
| 2 | US Bank Savings Account xxx6612 PO Box 1800 Sain | 195.14 | 0.00 | | 0.00 | FA |
| 3 | Security Deposit American Properties 800 N. Rain | 1,300.00 | 0.00 | | 0.00 | FA |
| 4 | Pet Deposit American Properties 800 N. Rainbow B | 600.00 | 0.00 | | 0.00 | FA |
| 5 | Household Goods and Furnishings 3280 Cherum St, | 1,800.00 | 0.00 | | 0.00 | FA |
| 6 | Books, Picturees, and Other Collectibles 3280 Ch | 400.00 | 0.00 | | 0.00 | FA |
| 7 | Everyday Wearing Apparel 3280 Cherum St, Las Veg | 200.00 | 0.00 | | 0.00 | FA |
| 8 | Wedding Ring Set 3280 Cherum St, Las Vegas NV 89 | 800.00 | 0.00 | | 0.00 | FA |
| 9 | 2011 Ford Expedition 3280 Cherum St, Las Vegas N | 31,000.00 | 0.00 | | 0.00 | FA |
| 10 | 2006 Hummer H3 3280 Cherum St, Las Vegas NV 8913 | 11,138.00 | 0.00 | | 0.00 | FA |
| 11 | 2014 IRS Refund  (u) | 0.00 | 0.00 | | 900.00 | FA |
| 11 | **Assets**    **Totals** (Excluding unknown values) | **$47,814.43** | **$0.00** | | **$900.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

04/114/15  TFR completed

04/13/15 Ready for TFR

03/23/15 2014 Tax Refund $4284.00 Estate $900.00 Debtor $3384.00

02/06/2015 Successor Trustee Case open for 2014 Tax Refund

**Initial Projected Date Of Final Report (TFR):**    December 24, 2015

**Current Projected Date Of Final Report (TFR):**    April 14, 2015  (Actual)

Exhibit B

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 14-14455 | **Trustee:** YVETTE WEINSTEIN, TRUSTEE (480160) |
| **Case Name:** AUSCHWITZ, JAMES THOMAS | **Bank Name:** Rabobank, N.A. |
| AUSCHWITZ, ANTONY ANNIE | **Account:** ******7766 - Checking Account |
| **Taxpayer ID #:** **-***4943 | **Blanket Bond:** $68,863,424.00  (per case limit) |
| **Period Ending:** 04/14/15 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br>Description of Transaction<br><Ledger Category> | <br><br>T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/24/15 | {11} | IRS | 2014 Tax Refund | 1224-000 | 4,284.00 | | 4,284.00 |
| 03/25/15 | 101 {11} | JAMES THOMAS and  ANTONY ANNIE AUSCHWITZ 3280 CHERUM ST LAS VEGAS, NV 89135 | Debtor Portion 2014 Tax Refund | 1224-000 | -3,384.00 | | 900.00 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 890.00 |

|  | | | | |
|---|---|---|---|---|
| | **ACCOUNT TOTALS** | **900.00** | **10.00** | **$890.00** |
| | Less: Bank Transfers | 0.00 | 0.00 | |
| | **Subtotal** | **900.00** | **10.00** | |
| | Less: Payments to Debtors | | 0.00 | |
| | **NET Receipts / Disbursements** | **$900.00** | **$10.00** | |

| | |
|---|---|
| Net Receipts : | 900.00 |
| Net Estate : | $900.00 |

| **TOTAL - ALL ACCOUNTS** | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # ******7766** | **900.00** | **10.00** | **890.00** |
| | **$900.00** | **$10.00** | **$890.00** |

{} Asset reference(s)

Printed: 04/14/2015 11:30 AM    V.13.21

## E X H I B I T   C
## ANALYSIS OF CLAIMS REGISTER    **Claims Bar Date:** October 28, 2014

| | | | | | |
|---|---|---|---|---|---|
| **Case Number:** 14-14455 | | | Page:  1 | | **Date:** April 14, 2015 |
| **Debtor Name:**  AUSCHWITZ, JAMES THOMAS | | | | | **Time:** 11:32:24 AM |

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No.  / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 200 | YVETTE WEINSTEIN, TRUSTEE<br>6450 SPRING MOUNTAIN RD., #14<br>LAS VEGAS, NV 89146 | Admin Ch.  7 | | $31.45 | $0.00 | 31.45 |
| 200 | YVETTE WEINSTEIN, SUCCESSOR TRUSTEE<br>6450 SPRING MOUNTAIN RD., #14<br>LAS VEGAS, NV 89146 | Admin Ch.  7 | | $112.50 | $0.00 | 112.50 |
| 200 | ESTATE OF JOSEPH B. ATKINS<br>6429 SOUTHERN PINE WAY<br>LAS VEGAS, NV 89146 | Admin Ch.  7 | | $112.50 | $0.00 | 112.50 |
| 1<br>610 | Army & Air Force Exchange Services<br>c/o Bass & Associates, P.C.<br>3936 E. Ft. Lowell Rd, Suite #200<br>Tucson, AZ 85712 | Unsecured | 8075<br>Reviewed and Allowed as Filed<br>--------------------------------------------------------------------------------<br>04/13/2015 12:28:42 PM Schedule F Amount $4,829.00 imported by CANDACE<br>Schedule F Owner Type: H<br>Schedule F Description:<br>Opened 5/30/95 Last Active 6/01/14<br>Charge Account<br>Schedule F Account: XXXXXXXXXXXX8075 | $4,544.28 | $0.00 | 4,544.28 |
| 2<br>610 | American InfoSource LP as agent for<br>Midland Funding LLC<br>PO Box 268941<br>Oklahoma City, OK 73126-8941 | Unsecured | 5238<br>Reviewed and Allowed as Filed<br>--------------------------------------------------------------------------------<br>04/13/2015 12:28:42 PM Schedule F Amount $2,369.00 imported by CANDACE<br>Schedule F Owner Type: W<br>Schedule F Description:<br>Opened 3/28/13 Last Active 3/01/12<br>Factoring Company Account Ge Capital Retail<br>Schedule F Account: XXXXXX5238 | $2,368.76 | $0.00 | 2,368.76 |
| 3<br>610 | Dell Financial Services, LLC<br>Resurgent Capital Services<br>PO Box 10390<br>Greenville, SC 29603-0390 | Unsecured | 6285<br>Reviewed and Allowed as Filed<br>--------------------------------------------------------------------------------<br>04/13/2015 12:28:42 PM Schedule F Amount $7,089.00 imported by CANDACE<br>Schedule F Owner Type: H<br>Schedule F Description:<br>Opened 4/11/06 Last Active 2/01/12<br>Charge Account<br>Schedule F Account: XXXXXXXXXXXXXXX6285 | $7,089.68 | $0.00 | 7,089.68 |
| 4<br>610 | MERRICK BANK<br>Resurgent Capital Services<br>PO Box 10368<br>Greenville, SC 29603-0368 | Unsecured | 0501<br>Reviewed and Allowed as Filed<br>--------------------------------------------------------------------------------<br>04/13/2015 12:28:42 PM Schedule F Amount $977.00 imported by CANDACE | $711.21 | $0.00 | 711.21 |

# E X H I B I T   C
## ANALYSIS OF CLAIMS REGISTER       **Claims Bar Date:** October 28, 2014

**Case Number:** 14-14455          Page: 2                    **Date:** April 14, 2015
**Debtor Name:** AUSCHWITZ, JAMES THOMAS                      **Time:** 11:32:24 AM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | | | Schedule F Owner Type: W | | | |
| | | | Schedule F Description: | | | |
| | | | Opened 8/09/11 Last Active 1/15/12 | | | |
| | | | Credit Card | | | |
| | | | Schedule F Account: XXXXXXXXXXXX0501 | | | |
| 5 610 | MERRICK BANK Resurgent Capital Services PO Box 10368 Greenville, SC 29603-0368 | Unsecured | 3898 Reviewed and Allowed as Filed -------------------------------------------------------------------------------- 04/13/2015 12:28:42 PM Schedule F Amount $740.00 imported by CANDACE Schedule F Owner Type: H Schedule F Description: Opened 6/12/06 Last Active 2/01/12 Credit Card Schedule F Account: XXXXXXXXXXXX3898 | $485.00 | $0.00 | 485.00 |
| 6 610 | Capital One Bank (USA), N.A. PO Box 71083 Charlotte, NC 28272-1083 | Unsecured | 8858 Reviewed and Allowed as Filed -------------------------------------------------------------------------------- 04/13/2015 12:28:42 PM Schedule F Amount $996.00 imported by CANDACE Schedule F Owner Type: C Schedule F Description: Opened 10/22/98 Last Active 4/01/12 Credit Card Schedule F Account: XXXXXXXXXXXX4039 | $2,006.28 | $0.00 | 2,006.28 |
| 7 610 | Capital One Bank (USA), N.A. PO Box 71083 Charlotte, NC 28272-1083 | Unsecured | 4320 Reviewed and Allowed as Filed -------------------------------------------------------------------------------- 04/13/2015 12:28:42 PM Schedule F Amount $0.00 imported by CANDACE Schedule F Owner Type: C Schedule F Description: Opened 12/12/00 Last Active 10/31/06 Credit Card Schedule F Account: XXXXXXXXXXXX3650 | $762.05 | $0.00 | 762.05 |
| 8 610 | Capital One Bank (USA), N.A. PO Box 71083 Charlotte, NC 28272-1083 | Unsecured | 0355 Reviewed and Allowed as Filed -------------------------------------------------------------------------------- 04/13/2015 12:28:42 PM Schedule F Amount $762.00 imported by CANDACE Schedule F Owner Type: H Schedule F Description: Opened 4/18/05 Last Active 3/01/12 Credit Card Schedule F Account: XXXXXXXXXXXX4320 | $778.15 | $0.00 | 778.15 |

**E X H I B I T   C**
**ANALYSIS OF CLAIMS REGISTER**      **Claims Bar Date:** October 28, 2014

**Case Number:** 14-14455                                    Page: 3                              **Date:** April 14, 2015
**Debtor Name:** AUSCHWITZ, JAMES THOMAS                                                          **Time:** 11:32:24 AM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 9 610 | Capital One Bank (USA), N.A. PO Box 71083 Charlotte, NC 28272-1083 | Unsecured | 4948 Reviewed and Allowed as Filed ------------------------------------------------------------------------------- 04/13/2015 12:28:42 PM Schedule F Amount $778.00 imported by CANDACE Schedule F Owner Type: W Schedule F Description: Opened 6/20/05 Last Active 4/01/12 Credit Card Schedule F Account: XXXXXXXXXXXX0355 | $827.62 | $0.00 | 827.62 |
| 10 610 | Capital One Bank (USA), N.A. PO Box 71083 Charlotte, NC 28272-1083 | Unsecured | 4039 Reviewed and Allowed as Filed ------------------------------------------------------------------------------- 04/13/2015 12:28:42 PM Schedule F Amount $827.00 imported by CANDACE Schedule F Owner Type: H Schedule F Description: Opened 10/02/03 Last Active 3/01/12 Credit Card Schedule F Account: XXXXXXXXXXXX4948 | $996.68 | $0.00 | 996.68 |
| 11 610 | Army & Air Force Exchange Services c/o Bass & Associates, P.C. 3936 E. Ft. Lowell Rd, Suite #200 Tucson, AZ 85712 | Unsecured | 5793 Reviewed and Allowed as Filed ------------------------------------------------------------------------------- 04/13/2015 12:28:42 PM Schedule F Amount $0.00 imported by CANDACE Schedule F Owner Type: W Schedule F Description: Opened 11/22/08 Last Active 2/15/12 Charge Account Schedule F Account: XXXXXXXXXXXX1670 | $17,063.50 | $0.00 | 17,063.50 |
| 12 610 | Citibank, N.A. c/o American InfoSource LP PO Box 248840 Oklahoma City, OK 73124-8840 | Unsecured | 5385 Reviewed and Allowed as Filed ------------------------------------------------------------------------------- 04/13/2015 12:28:42 PM Schedule F Amount $2,199.00 imported by CANDACE Schedule F Owner Type: C Schedule F Description: Opened 8/27/01 Last Active 12/30/11 Charge Account Schedule F Account: XXXXXXXXXXXX5385 | $2,199.09 | $0.00 | 2,199.09 |
| 13 610 | Capital One, N.A. c o Becket and Lee LLP POB 3001 Malvern, PA 19355-0701 | Unsecured | 3828 Reviewed and Allowed as Filed ------------------------------------------------------------------------------- 04/13/2015 12:28:42 PM Schedule F Amount $1,324.00 imported by CANDACE Schedule F Owner Type: H | $1,324.09 | $0.00 | 1,324.09 |

**E X H I B I T   C**
**ANALYSIS OF CLAIMS REGISTER**   **Claims Bar Date:** October 28, 2014

**Case Number:** 14-14455
**Debtor Name:** AUSCHWITZ, JAMES THOMAS

Page: 4

**Date:** April 14, 2015
**Time:** 11:32:24 AM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | | | Schedule F Description: | | | |
| | | | Opened 2/17/11 Last Active 1/01/12 | | | |
| | | | Charge Account | | | |
| | | | Schedule F Account: XXXXXXXXXXXX3828 | | | |
| 14 610 | Capital One, N.A. c o Becket and Lee LLP POB 3001 Malvern, PA 19355-0701 | Unsecured | 6739 Reviewed and Allowed as Filed | $607.38 | $0.00 | 607.38 |
| 15 610 | PYOD, LLC its successors and assigns as assignee of Citibank, N.A. Resurgent Capital Services,PO Box 19008 Greenville, SC 29602 | Unsecured | 6824 Reviewed and Allowed as Filed -------------------------------------------------------------------------------- 04/13/2015 12:28:42 PM Schedule F Amount $2,765.00 imported by CANDACE Schedule F Owner Type: C Schedule F Description: Opened 2/22/00 Last Active 2/15/12 Charge Account Schedule F Account: XXXXXXXXXXXX6824 | $2,765.02 | $0.00 | 2,765.02 |
| 16 610 | PYOD, LLC its successors and assigns as assignee of Citibank, N.A. Resurgent Capital Services,PO Box 19008 Greenville, SC 29602 | Unsecured | 6997 Reviewed and Allowed as Filed -------------------------------------------------------------------------------- 04/13/2015 12:28:42 PM Schedule F Amount $703.00 imported by CANDACE Schedule F Owner Type: H Schedule F Description: Opened 10/06/11 Last Active 1/08/12 Charge Account Schedule F Account: XXXXXXXXXXXX6997 | $703.44 | $0.00 | 703.44 |
| 17 610 | SYNCHRONY BANK C/O RECOVERY MANAGEMENT SYSTEMS CORP 25 SE 2ND AVE SUITE 1120 MIAMI, FL 33131-1605 | Unsecured | 1735 Reviewed and Allowed as Filed -------------------------------------------------------------------------------- 04/13/2015 12:28:42 PM Schedule F Amount $0.00 imported by CANDACE Schedule F Owner Type: W Schedule F Description: Opened 6/13/07 Last Active 3/29/09 Credit Card Schedule F Account: XXXXXXXXXXXX0450 -------------------------------------------------------------------------------- 04/13/2015 12:28:42 PM Schedule F Amount $2,934.00 imported by CANDACE Schedule F Owner Type: H Schedule F Description: Opened 5/28/06 Last Active 2/01/12 Charge Account Schedule F Account: XXXXXXXXXXXX1735 | $2,934.36 | $0.00 | 2,934.36 |

# E X H I B I T   C
## ANALYSIS OF CLAIMS REGISTER    **Claims Bar Date:** October 28, 2014

| | |
|---|---|
| **Case Number:** 14-14455 | **Date:** April 14, 2015 |
| **Debtor Name:** AUSCHWITZ, JAMES THOMAS | **Time:** 11:32:24 AM |

Page: 5

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 18 610 | Portfolio Recovery Associates, LLC POB 12914 Norfolk, VA 23541 | Unsecured | 4917 Reviewed and Allowed as Filed ------------------------------------------------------------------------------- 04/13/2015 12:28:42 PM Schedule F Amount $0.00 imported by CANDACE Schedule F Owner Type: C Schedule F Description: Opened 1/19/00 Last Active 2/01/12 Charge Account Schedule F Account: XXXXXX-XXXXXX8592 | $1,405.35 | $0.00 | 1,405.35 |
| 19 610 | Wells Fargo Card Services 1 Home Campus 3rd Floor Des Moines, IA 50328 | Unsecured | 2189 Reviewed and Allowed as Filed ------------------------------------------------------------------------------- 04/13/2015 12:28:42 PM Schedule F Amount $4,771.00 imported by CANDACE Schedule F Owner Type: W Schedule F Description: Opened 12/14/10 Last Active 7/01/12 Credit Card Schedule F Account: XXXXXXXXXXXX2189 | $4,771.91 | $0.00 | 4,771.91 |
| **<< Totals >>** | | | | 54,600.30 | 0.00 | 54,600.30 |

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.:  14-14455
Case Name:  AUSCHWITZ, JAMES THOMAS
Trustee Name:  YVETTE WEINSTEIN, TRUSTEE

**Balance on hand:**        $        890.00

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:    $      0.00
Remaining balance:    $      890.00

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - ESTATE OF JOSEPH B. ATKINS | 112.50 | 0.00 | 112.50 |
| Trustee, Expenses - YVETTE WEINSTEIN, TRUSTEE | 31.45 | 0.00 | 31.45 |
| Trustee, Fees - YVETTE WEINSTEIN, SUCCESSOR TRUSTEE | 112.50 | 0.00 | 112.50 |

Total to be paid for chapter 7 administration expenses:    $      256.45
Remaining balance:    $      633.55

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:    $      0.00
Remaining balance:    $      633.55

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims:     $              0.00

Remaining balance:     $           633.55

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 54,343.85 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 1.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Army & Air Force Exchange Services | 4,544.28 | 0.00 | 52.98 |
| 2 | American InfoSource LP as agent for | 2,368.76 | 0.00 | 27.62 |
| 3 | Dell Financial Services, LLC | 7,089.68 | 0.00 | 82.65 |
| 4 | MERRICK BANK | 711.21 | 0.00 | 8.29 |
| 5 | MERRICK BANK | 485.00 | 0.00 | 5.65 |
| 6 | Capital One Bank (USA), N.A. | 2,006.28 | 0.00 | 23.39 |
| 7 | Capital One Bank (USA), N.A. | 762.05 | 0.00 | 8.88 |
| 8 | Capital One Bank (USA), N.A. | 778.15 | 0.00 | 9.07 |
| 9 | Capital One Bank (USA), N.A. | 827.62 | 0.00 | 9.65 |
| 10 | Capital One Bank (USA), N.A. | 996.68 | 0.00 | 11.62 |
| 11 | Army & Air Force Exchange Services | 17,063.50 | 0.00 | 198.93 |
| 12 | Citibank, N.A. | 2,199.09 | 0.00 | 25.64 |
| 13 | Capital One, N.A. | 1,324.09 | 0.00 | 15.44 |
| 14 | Capital One, N.A. | 607.38 | 0.00 | 7.08 |
| 15 | PYOD, LLC its successors and assigns as assignee | 2,765.02 | 0.00 | 32.24 |

**UST Form 101-7-TFR (05/1/2011)**

| 16 | PYOD, LLC its successors and assigns as assignee | 703.44 | 0.00 | 8.20 |
|----|--------------------------------------------------|--------|------|------|
| 17 | SYNCHRONY BANK | 2,934.36 | 0.00 | 34.21 |
| 18 | Portfolio Recovery Associates, LLC | 1,405.35 | 0.00 | 16.38 |
| 19 | Wells Fargo Card Services | 4,771.91 | 0.00 | 55.63 |

Total to be paid for timely general unsecured claims: $      633.55

Remaining balance: $      0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|----------|----------|-------------------------|--------------------------|------------------|
| None | | | | |

Total to be paid for tardy general unsecured claims: $      0.00

Remaining balance: $      0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|----------|----------|-------------------------|--------------------------|------------------|
| None | | | | |

Total to be paid for subordinated claims: $      0.00

Remaining balance: $      0.00

**UST Form 101-7-TFR (05/1/2011)**